IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

RUSSELL JOHNSON,

    Plaintiff,

v.

EL AGUILA, LLC; EL AGUILA
MEXICAN RESTAURANT #2, INC.;
and PASCUAL VEGA,

    Defendants.

CV 319-018

O R D E R

On June 5, 2019, the parties filed a Stipulation of Dismissal seeking to dismiss without prejudice Defendant El Aguila Mexican Restaurant #2, Inc. (Doc. No. 22.) This Defendant has not been served and has not otherwise appeared in the case. After due consideration, the Court finds the dismissal proper under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that all of Plaintiff's claims asserted against Defendant El Aguila Mexican Restaurant #2, Inc. in this matter are **DISMISSED WITHOUT PREJUDICE**. Administratively, the Clerk shall **TERMINATE** only this Defendant from the record of the case.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE